AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 12, 2021

SEAN F. McAVOY, CLERK

MARTIN T C.,

*Plaintiff*

v.

Commissioner of Social Security

*Defendant*

Civil Action No. 1:20-CV-3096-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other**: Plaintiff's Motion for Summary Judgment, ECF No. 13, is GRANTED IN PART with respect to remand and DENIED IN PART with respect to remanding with instructions to credit any evidence as true and award benefits. Defendant's Motion for Summary Judgment, ECF No. 15, is DENIED. The matter is REMANDED to the Commissioner for additional proceedings. Judgment is entered for the Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ____Rosanna Malouf Peterson____ on cross-motions for summary judgment.

Date: 11/12/2021

CLERK OF COURT

SEAN F. McAVOY

s/ Courtney Piazza
(By) Deputy Clerk

Courtney Piazza